1428

**2016–1593. State v. Robinson.**
Sandusky App. No. S–16–034. Motion for new trial and withdrawal of guilty plea denied.

**2016–1598. State v. Myers.**
Wood App. No. WD–16–007, 2016-Ohio-7112. Motion for leave to supplement the record denied as moot.

**2014–0454. State v. Watkins.**
Franklin App. Nos. 13AP–133 and 13AP–134, 2013-Ohio-5544. Reported at __ Ohio St.3d __, 2016-Ohio-8464, __ N.E.3d __. On motion for reconsideration. Motion denied.
 O'DONNELL and KENNEDY, JJ., dissent.

**2015–0163. State ex rel. Cordell v. Pallet Cos., Inc.**
Franklin App. No. 13AP–1017, 2014-Ohio-5561. Reported at __ Ohio St.3d __, 2016-Ohio-8446, __ N.E.3d __. On motion for reconsideration. Motion denied.
 O'DONNELL and KENNEDY, JJ., dissent.